IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HENRY L. LESTER,

Plaintiff

VS.

**NO. 5: 06-CV-178 (CAR)**

RALPH BATTLE, *et al.*,

Defendants

**PROCEEDINGS UNDER 42 U.S.C. § 1983
BEFORE THE U.S. MAGISTRATE JUDGE**

## O R D E R

Before the court are two Motions for Discovery filed by the plaintiff in the above-styled case. Tabs #17 and 18.  The plaintiff has made no showing to the court that he has made any effort to obtain any discovery from the defendants without the assistance of the court.  Such is required before the court can considered any motion to compel a party to provide requested discovery. If the defendants fail to respond to the plaintiff's discovery requests, the plaintiff may then ask the court to intervene.  Accordingly, the plaintiff's motions (Tabs #17 and 18) are DENIED.

SO ORDERED this 10th day of AUGUST, 2006.



CLAUDE W. HICKS, JR
UNITED STATES MAGISTRATE JUDGE